THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Ex Parte: A-1 Bail Bonding Company (Surety), Petitioner,
 In Re: State of South Carolina, Respondent,
 v.
 Fredrick Larue, Defendant.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from Greenville County
 Edward W. Miller, Circuit Court Judge
Memorandum Opinion No. 2007-MO-038
Heard May 23, 2007  Filed June 18, 2007   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Andrew F. Litvin, of Columbia, for Petitioner.
  Solicitor Robert M. Arial and Assistant Solicitor G. Dennis Sims, both of Greenville, for Respondent.
 
 
 

PER CURIAM:  We granted certiorari to review the court of appeals decision in Ex parte A-1 Bail Bonding Co., Op. No. 2005-UP-604 (S.C. Ct. App. filed Dec. 1, 2005).  We dismiss the writ as improvidently granted.
TOAL, C.J., MOORE, BURNETT, PLEICONES, JJ., and Acting Justice Michael G. Nettles, concur.